# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of February, two thousand twenty-two.

Joseph Aiello, et al.,

Plaintiffs - Appellants,

v.

Howard Brown, Michael Brown, HiTouch Nashville LLC, ArrowMark Colorado Holdings, LLC, David Corkins, Steven M. Goldman, John Eisinger, Michael Novoseller, Sanjai Bhonsle, Karen Reidy, Dana Staggs, John Frisk, Andrew Kohn, Michael Cornell, Les Goodman, Andrew Kovach, Jay Nadel, Randi Sidgmore, Brown (RI) Investment Company, LLC,

Defendants - Appellees,

**STATEMENT OF COSTS**

Docket No. 21-987

IT IS HEREBY ORDERED that costs are taxed in the amount of $209.00 in favor Appellees Howard Brown, Michael Brown, Steven M. Goldman, John Frisk, Andrew Kohn, Michael Cornell, Les Goodman, Andrew Kovach, Jay Nadel and Randi Sidgmore and in the amount of $49.80 in favor of Appellees ArrowMark Colorado Holdings, LLC, Sanjai Bhonsle, David Corkins, John Eisinger, HiTouch Nashville LLC, Michael Novoseller, Karen Reidy and Dana Staggs

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

[Seal: United States Court of Appeals, Second Circuit] Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
[Seal: United States Court of Appeals, Second Circuit] Catherine O'Hagan Wolfe
CERTIFIED COPY ISSUED ON 02/16/2022